**Violet Saal Roberts, formerly Violet Saal, appellee, v. Henry G. Saal, appellant. Gen. No. 30,472.**

Bill for divorce. Order requiring payment of costs and solicitor's fees pursuant to decree. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 5, 1926. Rehearing denied May 18, 1926.

George H. Kriete, for appellant. Albert Fink and John A. Bussian, for appellee; Edward I. DeBolt, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Michael Zimmer, former sheriff of Cook County, Illinois, for use of Mayme Schwartz, appellee, v. Thomas F. Hanrahan et al., on appeal of Patrick Devery, appellant. Gen. No. 30,518.**

Action on replevin bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed May 5, 1926.

Ramsay, Konenkamp & DeWolfe, for appellant. Harry A. Biossat, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Chandra L. Singh, appellee, v. Ed Kallish and E. E. Cooper, defendants. Bankers State Bank, garnishee, appellant. Gen. No. 30,540.**

Garnishment proceedings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 5, 1926.

Philip A. Weinstein, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Mabel A. Lilly, appellant, v. Archie F. Lilly, appellee. Gen. No. 30,566.**

Bills for separate maintenance or divorce. Decree for defendant on cross-bill. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926. Rehearing denied May 18, 1926.

E. M. Seymour, for appellant. Frank W. Swett, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.